Ali Parvaneh, SBN 218320
aparvaneh@madisonlawapc.com
James S. Sifers, SBN 259105
jsifers@madisonlawapc.com
Paige C. Sirey SBN 319150
psirey@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: (949) 756-9050
Facsimile: (949) 756-9060

Attorneys for Defendant Sol Acceptance, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JESUS GUTIERREZ,

           Plaintiff,

v.

SOL ACCEPTANCE, LLC

           Defendant.

Case No.: 8:21-CV-00101-JLS (JDEx)

ASSIGNED FOR ALL PURPOSES:
Hon. District Judge: Josephine L. Staton
Hon. Magistrate Judge: John D. Early
Dept. 10C

**STIPULATION TO STAY THE ACTION AND PROCEED TO ARBITRATION**

Action Filed:     January 21, 2011
Trial Date:       None Set.

     Plaintiff Jesus Gutierrez ("Plaintiff") and Defendant Sol Acceptance, LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

     WHEREAS Plaintiff filed a Complaint in the United States District Court for the Central District of California on or about January 21, 2021 alleging violation of the

**MADISON LAW, APC**
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

1  Telephone Consumer Protection Act (47 U.S.C. § 227 *et seq*.) and violation of the

2  Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code § 1788 *et seq*.);

3  WHEREAS, this action is based on Plaintiff's purchase of a used 2010 Ford Edge

4  bearing VIN 2FMDK3GC5ABB35435 from 714 Auto, who is not a party to this action,

5  through a Conditional Sale Contract and Security Agreement ("Agreement") entered into

6  by Plaintiff on June 1, 2019;

7  WHEREAS, the Agreement was assigned by 714 Auto to Defendant shortly after

8  Plaintiff's purchase;

9  WHEREAS, the Agreement includes an Arbitration Provision which allows the

10  parties, and any assignee, to the Agreement to choose arbitration for any dispute arising

11  from the Agreement;

12  WHEREAS, Defendant is an assignee to the Agreement, and has requested to

13  resolve this dispute in arbitration with American Arbitration Association ("AAA");

14  WHEREAS, in lieu of litigating Defendant's Motion to Compel Arbitration, the

15  parties hereby stipulate to stay this action and proceed to arbitrate their dispute with

16  AAA. Plaintiff will file the necessary paperwork to initiate the arbitration proceeding

17  upon the Court signing the Order below.

18  NOW, THEREFORE, THE PARTIES STIPULATE to resolve this dispute in

19  binding arbitration with AAA and stay the prosecution of this action as to Republic. The

20  arbitration will be conducted in accordance with the rules set forth by the Agreement. If

21  any rules set forth by the Agreement are in conflict with AAA's Consumer Arbitration

22  Rules, the Agreement will yield to AAA's Consumer Arbitration Rules, and those Rules

23  will govern. Costs per the rules of AAA pertaining to the arbitration shall be billed by

24  AAA, per the Agreement.

25  Pursuant to Local Rule 5-4.3.4, I, Paige C. Sirey, attest that all other signatories

26  listed, and on whose behalf this filing is submitted, concur in the filing's consent and

27  have authorized the filing.

28

1 | Dated: April 20, 2021, by:

2

3

4

MADISON LAW, APC

/s/Paige C. Sirey

5 Paige C. Sirey
Attorneys for Defendant
6 Sol Acceptance, LLC

7

8

9 | Dated: April 20, 2021, by:

10

11

SULAIMAN LAW GROUP LTD.

12

/s/Alejandro E. Figueroa

13 Alejandro E. Figueroa
Attorneys for Plaintiff
14 Jesus Gutierrez

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

STIPULATION TO STAY THE ACTION AND PROCEED TO ARBITRATION

-3-                                           8:21-CV-00101-JLS (JDEx)