JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GUTIERREZ,<br><br>            Plaintiff,<br>     v.<br><br>SOL ACCEPTANCE, LLC<br><br>            Defendant. | Case No.: 8:21-CV-00101-JLS (JDEx)<br><br>**ORDER ON STIPULATION TO STAY THE ACTION AND PROCEED TO ARBITRATION** |

     The Court, having considered Plaintiff Jesus Gutierrez ("Plaintiff") and Defendant Sol Acceptance, LLC's ("Defendant") Stipulation to Stay the Action and Proceed to Arbitration ("Stipulation") and finding good cause therefor,

     IT IS HEREBY ORDERED THAT:

     This action is stayed pending resolution in arbitration through American Arbitration Association ("AAA");

The parties are ordered to arbitration before AAA in accordance with the rules set forth by the AAA Consumer Arbitration Rules and the Conditional Sales Contract and Security Agreement ("Agreement") signed by Plaintiff and 714 Auto and assigned to Defendant;

Costs of arbitration shall be borne as required by the Agreement;

All pending hearings and deadlines currently on calendar are vacated.

The parties shall file a stipulation to dismiss, or a joint status report advising the Court of the need for post-arbitration review, within the earlier of 10 days of receiving a binding arbitration decision or 180 days of this Order's issuance. Failure to file either shall result in this matter being deemed dismissed.

**IT IS SO ORDERED.**

DATED: May 07, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE